# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**GLENDA REED,** **Plaintiff**

**VERSUS** **CIVIL ACTION NO.: 4:05CV17-P-B**

**DOLGENCORP, INC., d/b/a**
**DOLLAR GENERAL,** **Defendant**

## REPORT AND RECOMMENDATION

Upon further review of the file and record of this action, the undersigned finds an Order [doc. 5] dated April 13, 2005, granted plaintiff's counsel leave to withdraw his representation and granted plaintiff until May 6, 2005, to either retain new counsel or advise the Court in writing of her decision to proceed pro se. It has been over two years since the deadline for plaintiff to comply with that Order, and she has yet to notify the Court of her decision. Neither has plaintiff made any request for additional time to comply with the Court's Order.

Based on the foregoing, it appears plaintiff has lost interest in this lawsuit, and it should not remain on the Court's docket. Therefore, it is recommended that this action be dismissed for plaintiff's failure to prosecute and for her failure to obey an order of the Court pursuant to FED.R.CIV.P. 41(b).

The parties are referred to Local Rule 72.2(D) for the applicable procedure in the event any party desires to file objections to the findings and recommendations herein contained. The parties are warned that any such objections are required to be in writing and must be filed within ten days of this date. Failure to timely file written objections to the proposed findings,

conclusions and recommendations contained in this report will bar an aggrieved party, except upon grounds of plain error, from attacking on appeal unobjected-to proposed factual findings and legal conclusions accepted by the district court. *Douglass v. United Services Automobile Association*, 79 F.3d 1415 (5th Cir. 1996).

Respectfully submitted this, the 14th day of June, 2007.

                                            **/s/ Eugene M. Bogen**
                                            **U. S. MAGISTRATE JUDGE**